# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-2044**  Case Manager: **Jennifer A. Strobel**

Case Name: **Thomas Lunneen v. Village of Berrien Springs, MI, et al**

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **Defendant Wyss asserts his interlocutory appeal as of right pursuant to Mitchell v Forsyth, 472 U.S. 511 (1985) from the District Court's Opinion and Order Denying in part Defendants' Motion for Summary Judgment dated November 1, 2022 [ECF No. 164, 165] based on qualified immunity against the claims of Plaintiff; the decision to allow Plaintiff to raise a new theory of relief on its claim of gross negligence; and the District Court's denial of summary judgment on Plaintiff's gross negligence claim.**

**This is to certify that a copy of this statement was served on opposing counsel of record this  18th  day of**

_____ **November** , **2022** _____.   **G. Gus Morris** _____
                                        Name of Counsel for Appellant