Case No. 22-2044

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

THOMAS E. LUNNEEN, personal representative of the estate of Jack C. Lunneen
*Plaintiff – Appellee*

v.

VILLAGE OF BERRIEN SPRINGS, MI; ORONOKO TOWNSHIP, MI; COUNTY OF
BERRIEN, MI; L. PAUL BAILEY, in his individual capacity and in his official capacity as Sheriff of the Berrien County Sheriff's Department; PAUL E. TOLIVER, in his individual capacity and in his official capacity as Chief of Police for the Berrien Springs Oronoko Township Police Department; UNKNOWN PARTIES, named as John Does 1-10, in their individual and official capacities
  *Defendants*

and

ROGER JOHNSON, in his individual capacity and in his official capacity as deputy for the Berrien County Sheriff's Department
  *Defendant – Appellant*

and

JAMES WYSS, in his individual capacity and in his official capacity as officer
for Berrien Springs-Oronoko Township Police Department
  *Defendant – Appellant*

Appeal from the United States District Court
for the Western District of Michigan
Case No. 1:20-CV-1007

## ORDER

This matter is before the Court on Appellee's Unopposed Motion for Consolidation of Appeals Pending Under Docket Nos. 22-2044 and 22-2046 that was filed with the Court on January 27, 2023. Having considered the Motion and otherwise being fully advised in the premises, the Court finds good cause for Docket Nos. 22-2044 and 22-2046 to be consolidated and therefore the Motion is **GRANTED**.

It is **ORDERED** that Docket Nos. 22-2044 and 22-2046 are consolidated for purposes of briefing and argument.

Dated this _____ of _____, 2023.

_____
Deborah S. Hunt, Clerk